# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                            Case No.: 1:13–cv–07755
                                                  Honorable John Z. Lee

Michael Greenwald, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2014:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 7/31/14. For the reasons stated on the record, Plaintiff's motion for entry of default pursuant to Fed.R.Civ.P. 55(a) [18] is stricken. Plaintiff may refile the motion by 8/15/14, serve the motion, and notice it up for presentment on 9/2/14. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.